IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALEXANDER J. JACKSON, )<br>)<br>Defendant ) | 8:24CR171<br><br>ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [21]. For the reasons set forth in the motion, the court finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [21] is granted as follows:

1. The jury trial, now set for March 25, 2025, is continued to **May 27, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 27, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: March 11, 2025.**

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**