IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEXANDER J. JACKSON,<br>                Defendant. | **8:24-CR-171**<br><br>**ORDER FOR DISMISSAL** |

      This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 45. The Government requests leave to dismiss, without prejudice, Count II of the Indictment against Alexander J. Jackson. The Court finds the Motion should be granted. Accordingly,

      IT IS ORDERED that the Government's Motion to dismiss, Filing 45, is granted, and Count II of the Indictment against defendant Alexander J. Jackson is dismissed without prejudice.

      Dated this 22nd day of September, 2025.

                                                       BY THE COURT:

                                                       _____
                                                       Brian C. Buescher
                                                       United States District Judge